| 1. Person Reporting (last name, first, middle initial) Katz, Theodore H. | 2. Court or Organization Southern District of New York | 3. Date of Report 05/01/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-Time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☐ Annual   ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street - Room 1660
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Adjunct Teaching Position | Columbia University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Trust #1 - Trustee Fees | $8,100.00 |
| 2. 2011 | Columbia University School of Law - Adjunct Teaching Position | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Salary- Rand Rosenzweig Smith Radley & Gordon LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | A | Int./Div. | K | T | | | | | |
| 2. Fortune Brands (Common) | A | Dividend | | | Sold | 09/20/11 | J | C | |
| 3. Intel (Common) | A | Dividend | | | Sold | 03/30/11 | J | | |
| 4. US Savings Bonds | A | Interest | J | T | | | | | |
| 5. Oracle (Common) | A | Dividend | | | Sold | 09/13/11 | K | E | |
| 6. AT&T (Common) (X) | A | Dividend | K | T | | | | | |
| 7. Fidelity Blue Chip Growth (Mutual Fund) | A | Dividend | | | Sold | 12/30/11 | J | B | |
| 8. Intel (Common) | A | Dividend | J | T | | | | | |
| 9. Matthews China Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 10. Janus Overseas (Mutual Fund) | A | Dividend | J | T | | | | | |
| 11. Artisan Intl. Value Fund (Mutual Fund) | A | Dividend | | | Sold | 02/07/11 | J | A | |
| 12. Matthews India Fund (Mutual Fund) | A | Dividend | | | Sold | 12/30/11 | J | | |
| 13. Fidelity Select Energy (Mutual Fund) | A | Dividend | J | T | | | | | |
| 14. Cisco (Common) | | None | | | Sold | 09/15/11 | J | | |
| 15. Alcoa (Common) | A | Dividend | | | Sold | 01/26/11 | J | A | |
| 16. Protective Life Corp.(Common) | A | Dividend | K | T | | | | | |
| 17. Verizon (Common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA # 1 | | | | | | | | | |
| 19. - Artisan Int'l (Mutual Fund) | A | Dividend | J | T | | | | | |
| 20. - Loomis Sayles Global Bond Retail (Mutual Fund) | A | Dividend | J | T | | | | | |
| 21. - iShares Barclays US Aggregate Bond Fund (X) | A | Dividend | K | T | | | | | |
| 22. - Barclays BK PLC I Path Index LKD Secs. | A | Dividend | J | T | | | | | |
| 23. - iShares Barclay's TR 1-3 Yr. Index Fund | A | Dividend | J | T | | | | | |
| 24. - iShares TR Russell 2000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 25. - iShares Tr MSCI EAFE Index Fund | B | Dividend | J | T | | | | | |
| 26. - Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 27. - SPDR Gold TR SHS | | None | J | T | | | | | |
| 28. - Eaton Vance Floating RateAdv | A | Dividend | J | T | | | | | |
| 29. -iShares MSCI Pacific ex-Japan | A | Dividend | | | Sold | 10/20/11 | J | B | |
| 30. - SPDR Index Shs. S&P Intl. Small Cap | A | Dividend | J | T | | | | | |
| 31. - IShares Barclay's 1-3Yr. CD Bond Fund | A | Dividend | J | T | | | | | |
| 32. - I Shares Barclays Treas Inflation Protection | A | Dividend | | | Sold | 09/12/11 | J | | |
| 33. - Vanguard Specialized Portfolios Div App | A | Dividend | J | T | | | | | |
| 34. - SPDR Ser Tr S&P Biotech ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Global Commodity Stock Fund | A | Dividend | K | T | | | | | |
| 36. JP Morgan Chase Alerian MLP Index ETN | A | Int./Div. | J | T | | | | | |
| 37. Wisdom Tree Emerging Markets Equity Index Fund | A | Dividend | J | T | | | | | |
| 38. Wisdom Tree India Earnings Funds | | None | | | Sold | 11/23/11 | J | | |
| 39. SPDR Index SHS Funds S&P Global Natural Res. ETF | | None | | | Sold | 10/11/11 | J | | |
| 40. Vanguard Intl Equity Index Fund European Vipers | | None | J | T | | | | | |
| 41. Vanguard Emerging Mkts Vipers | | None | J | T | | | | | |
| 42. SPDR Index SHS FDS S&P Emerging Latin Am. ETF | | None | J | T | | | | | |
| 43. Thornburg Intl. Value Class A | | None | J | T | | | | | |
| 44. Fidelity Emerging Mkts. | | None | J | T | | | | | |
| 45. Market Vectors ETF Tr RVE Hard Assets Producers | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 46. Power Shares Exchg. Traded Ft TSD India Portfolio | | None | J | T | Buy | 11/23/11 | J | | |
| 47. | | | | | | | | | |
| 48. IRA 2 | | | | | | | | | |
| 49. - Fidelity Select Energy Portfolio | A | Dividend | J | T | | | | | |
| 50. - Brandywine Blue Fund | A | Dividend | J | T | | | | | |
| 51. - Fidelity Select Pharmaceuticals | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ariel Growth Fund | A | Dividend | J | T | | | | | |
| 53. - Sequoia Fund | A | Dividend | K | T | | | | | |
| 54. | | | | | | | | | |
| 55. Trust # 1 | E | Int./Div. | P1 | T | | | | | |
| 56. - JP Morgan Chase (Bank Account | | | | | | | | | |
| 57. -Federal Home Loan Mtg. - 11/15 (Bond) | | | | | | | | | |
| 58. -Federal Home Loan Mtg. - 3/15/11 (Bond) | | | | | Redeemed | 03/15/11 | J | | |
| 59. - Federal National Mtg Assn.- 3/15/11 (Bond) | | | | | Redeemed | 03/15/11 | J | | |
| 60. - NY Met. Trans. Auth - A 7/1/10 (Bond) | | | | | | | | | |
| 61. - Apple (Common) | | | | | | | | | |
| 62. - Cisco (Common) | | | | | Buy (add'l) | 04/05/11 | J | | |
| 63. - ITT Corp. (Common) | | | | | Sold | 01/14/11 | J | | |
| 64. - Novartis AG (Common) | | | | | | | | | |
| 65. - Dentsply (Common) | | | | | Sold | 05/02/11 | J | B | |
| 66. - Exxon Mobil (Common) | | | | | | | | | |
| 67. - HCC Ins. Holdings (Common) | | | | | | | | | |
| 68. - Colgate-Palmolive (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - State Street Corp. (Common) | | | | | Buy (add'l) | 4/5/11 | J | | |
| 70. - iShares Tr Russell 2000 Growth Index Fund | | | | | | | | | |
| 71. - 3M Co. (Common) | | | | | | | | | |
| 72. - Microsoft (Common) | | | | | Buy (add'l) | 4/5/11 | J | | |
| 73. - Campbell Soup (Bond) | | | | | Redeemed | 02/15/11 | K | | |
| 74. - Lockheed Martin (Common) | | | | | | | | | |
| 75. - Adobe (Common) | | | | | Sold | 05/05/11 | J | | |
| 76. - Pepsico (Common) | | | | | | | | | |
| 77. - Pepsico Inc. Bond- due 02/15/13 | | | | | | | | | |
| 78. - Eaton Vance Floating Rate Adv | | | | | | | | | |
| 79. - TJX Cos. (Common) | | | | | | | | | |
| 80. - Wisdom Tree Emerging Mkts. Equity Income Fund | | | | | | | | | |
| 81. - ONEOK Partners, L.P. | | | | | | | | | |
| 82. - AT&T Corp. (Bond) - due 11/15/11 | | | | | Redeemed | 10/11/11 | K | A | |
| 83. - iShares MSCI Pacific ex-Japan | | | | | Sold | 10/12/11 | J | B | |
| 84. - SPDR S&P Intl. Small Cap | | | | | | | | | |
| 85. - Google (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Walt Disney Co. Sr. Note- due 07/15/11 | | | | | Redeemed | 07/15/11 | K | | |
| 87. - General Dynamics Corp. (Bond) - due 02/01/14 | | | | | | | | | |
| 88. - Stryker Corp. (Common) | | | | | | | | | |
| 89. - FPL Group Capital Inc. Note - 6/15/113 | | | | | | | | | |
| 90. - American Home Prods. Corp. Cr. Sen 3/15/11 | | | | | Sold | 03/15/11 | K | | |
| 91. - Fed. Farm Credit Bk. - Bond -1/23/24 | | | | | | | | | |
| 92. - Lowes Cos. Inc. Note - 6/1/10 | | | | | | | | | |
| 93. - Diageo Cap PLC Bond | | | | | | | | | |
| 94. - Duke Energy Corp. Bond | | | | | | | | | |
| 95. - Proctor & Gamble Note- 2/15/19 | | | | | | | | | |
| 96. - Fairfax Financial Holdings (Common) | | | | | | | | | |
| 97. - SPDR Gold Tr Gold SHS | | | | | | | | | |
| 98. - IShares Barclays Treas. Inflation nProtected Secs. | | | | | Sold | 09/02/11 | K | C | |
| 99. - IShares Barcalys 1-3 Yr. Cd BD Fund | | | | | | | | | |
| 100. - XTO Energy (Common) | | | | | | | | | |
| 101. - Direct TV Group (Common) | | | | | | | | | |
| 102. - Johnson & Johnson (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - SPDR SER TR S&P Biotech ETF | | | | | | | | | |
| 104. Wisdom Tree India Earnings Fund | | | | | Sold | 11/23/11 | J | | |
| 105. Vanguard Emerging Mkts. Vipers | | | | | | | | | |
| 106. SPDR Index Shs FDS S&P Global Nat. Res ETF | | | | | Sold | 10/11/11 | J | | |
| 107. Vanguard Intl. Equity Index Fd Vanguard European VIPERS | | | | | Sold | 08/24/11 | J | | |
| 108. SPDR Index SHs FDS S&P Emerging Latin Am. ETF | | | | | Buy (add'l) | 8/5/11 | J | | |
| 109. McCormick & Co. (Common) | | | | | | | | | |
| 110. Johnson & Johnson (Common) | | | | | | | | | |
| 111. Wisdom Tree Emerging Mkts. Local Debt FD | | | | | Buy (add'l) | 8/5/11 | K | | |
| 112. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 113. Goldman Sachs Group (Common) | | | | | | | | | |
| 114. Wal-Mart Stores (Common) | | | | | | | | | |
| 115. Urban Outfitters (Common) | | | | | Buy | 04/04/11 | J | | |
| 116. | | | | | Sold | 08/15/11 | J | | |
| 117. Akami Tech (Common) | | | | | Buy | 04/29/11 | J | | |
| 118. | | | | | Sold | 08/02/11 | J | | |
| 119. I Shares Barclays 1-3 Yr Bond Fund | | | | | Buy | 1/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. John Wiley & Sons (Common) | | | | | Buy | 1/27/11 | J | | |
| 121. Whirlpool (Common) | | | | | Buy | 2/25/11 | J | | |
| 122. | | | | | Buy (add'l) | 4/5/11 | J | | |
| 123. Berkshire Hathaway Fin. Note | | | | | Buy | 3/25/11 | K | | |
| 124. McCormick & Co. (Common) | | | | | Buy | 4/5/11 | J | | |
| 125. Goldman Sachs Group (Common) | | | | | Buy | 4/5/11 | J | | |
| 126. Bard CR Inc. (Common) | | | | | Buy | 8/5/11 | J | | |
| 127. Wells Fargo (Common) | | | | | Buy | 8/24/11 | J | | |
| 128. Berkshire Hathaway Inc (Common) | | | | | Buy | 8/24/11 | J | | |
| 129. Devon Energy (Common) | | | | | Buy | 8/24/11 | J | | |
| 130. Market Vectors ETF TR RVE Hard Assets | | | | | Buy | 1/14/11 | J | | |
| 131. General Electric Cap Corp (Bond) | | | | | Buy | 10/25/11 | K | | |
| 132. Powershares Exchg. Traded FDS TST India Portfolio | | | | | Buy | 11/29/11 | J | | |
| 133. IShares Barclays 1-3 Yr. CD Bond Fund | | | | | Buy | 12/29/11 | K | | |
| 134. Wisdom Tree Emerging Mkts Equity Income Fund | | | | | Buy | 12/29/11 | J | | |
| 135. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, Theodore H. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TRUST #1 - The assets in this trust are reported solely because I am a co-trustee of the Trust. The assets in the trust are held for the benefit of a relative.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore H. Katz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544